No. 6884.—Pereda, aplte. *v.* Padín, etc., apldos.—C. D. San Juan. ▉▉▉▉▉ Junio 28, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden y atendidas las circunstancias especiales del caso, se declara sin lugar la moción sobre desestimación por falta de alegato y con lugar la moción sobre nuevo término solicitada por el apelante y se admite el alegato acompañado a dicha moción.

El Juez Asociado Sr. Córdova Dávila no intervino.

Los siguientes casos fueron desestimados por abandono, a causa de no haberse presentado el alegato dentro del término:

Nos. 6219, 6231, 6502, 6503, 6525, 6529, 6573, 6576, 6660, 6670, 6733, 6755, 6857, 6925, 6929.

(*g*) RECURSOS ACADÉMICOS O SIN FINALIDAD PRÁCTICA.

No. 6919.—The Federal Land Bank, apldo. *v.* García, etc., apltes.—C. D. Ponce. ▉▉▉▉▉▉▉ Marzo 8, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Habiéndose resuelto por esta Corte el caso de *Roque Santi Galletti, et als., demandantes-apelantes,* v. *Federal Land Bank of Baltimore, et al., demandados-apelados,* que lleva el número 6855 (ante, pág. 102), se desestima, por académico, el recurso de apelación interpuesto contra la resolución dictada por la Corte de Distrito de Ponce en 10 de septiembre de 1934, decretando la entrega de la posesión de la finca al banco demandante.